AO 245H (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT
## Central District of California

*[FILED MAR 19 2015, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, BY S... DEPUTY]*

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| CHRISTOPHER ELMORE | Case No. CR 15-148-LAL (CC21-4678235) |
| | USM No. |
| | ANDRE TOWNSEND, DFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)  1

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 844 | SIMPLE POSSESSION | 01/15/2015 | 1 |

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** | Processing Fee: |
|---|---|---|---|
| **Total:** $150.00 | $ 25.00 | $ 100.00 | $25.00 |

Last Four Digits of Defendant's Soc. Sec. No.: 4485

Defendant's Year of Birth: 1954

City and State of Defendant's Residence:
ATASCADERO, CA

03/19/2015
Date of Imposition of Judgment

*/s/ Louise A. La Mothe*
Signature of Judge

HON. LOUISE A. LA MOTHE     US MAGISTRATE
Name and Title of Judge

03/19/2015
Date